IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

MILTON COX,                                      )
                                                 )
                        Plaintiff,               )
                                                 )
v.                                               )          Case No. CIV-25-00298-PRW
                                                 )
RUBY NICHOLS, et al.,                            )
                                                 )
                        Defendants.              )

## ORDER

On April 7, 2025, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 6) in this action, in which she recommends that the Court dismiss Plaintiff Milton Cox's case pursuant to Federal Rule of Civil Procedure 41(b). Judge Mitchell advised Cox of his right to object to the Report and Recommendation by April 28, 2025, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.

To date, Cox has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1] In the absence of a timely objection, the Court reviews the Report and Recommendation to

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

1

confirm that there is no plain error on the face of the record.[2] Finding none, the Court agrees with Judge Mitchell's analysis and conclusions.

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 6) in full and **DISMISSES** the case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 14th day of July 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").